UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mamadou Samba TOUNKARA,<br><br>                        Petitioner,<br><br>v.<br><br>Jeremy CASEY, et al.,<br><br>                        Respondents. | Case No.: 26-cv-1306-AGS-DDL<br><br>**ORDER GRANTING HABEAS PETITION (ECF 1), DENYING TRO MOTION (ECF 2), AND ORDERING BOND HEARING** |

    Petitioner seeks a writ of habeas corpus under 28 U.S.C. § 2241 to free him from immigration detention. Respondents recently acknowledged that petitioner is "entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." (ECF 5, at 2.) The Court agrees. Accordingly, the habeas petition is **GRANTED**. The motion for temporary restraining order is **DENIED** as moot.

    Respondents must provide petitioner with a bond hearing before an immigration judge by **March 20, 2026**.

Dated:  March 6, 2026

                                                  _____
                                                  Hon. Andrew G. Schopler
                                                  United States District Judge